IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(SOUTHERN DIVISION)

| | |
|---|---|
| WILMER DERAS, *et al.*, | * |
| | * |
| Plaintiffs, | * |
| v. | Civil Action No.: 8:09-cv-00791-DKC |
| | * |
| VERIZON, INC., *et al.,* | |
| | * |
| Defendants. | |
| | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*

**DEFENDANT CABLECOM, LLC'S DISCLOSURE OF CORPORATE INTEREST**

Defendant Cablecom, LLC, by and through its undersigned counsel, pursuant to Local Rule 103.3, certifies that it is a Delaware limited liability company with individual members authorized to do business in the State of Maryland. There are no publicly traded members or entities in the ownership chain in which the Court could have a financial interest or which have an interest in the outcome of the above-captioned litigation.

Respectfully submitted,

  /s/ John S. Bolesta
Peter S. Saucier, #03522
sauce23@kollmanlaw.com
Kelly C. Hoelzer, #25545
khoelzer@kollmanlaw.com
John S. Bolesta, #28115
jbolesta@kollmanlaw.com
Kollman & Saucier, P.A.
The Business Law Building
1823 York Road
Timonium, Maryland  21093
(410) 727-4300
(420) 727-4391 (Facsimile)

Attorneys for Defendant Cablecom, LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of April, 2009, a copy of Defendant Cablecom, LLC's Disclosure of Corporate Interest was mailed first-class, postage pre-paid to the following Defendants:

>Verizon, Inc.
>1 East Pratt Street
>Baltimore, Maryland 21202
>
>Utilities Maldonado, Inc.
>7535 Monte Video Road, Office A
>Jessup, Maryland 20794
>
>Armando Moreno Maldonado
>16823 Frederick Road
>Mount Airy, Maryland 21771
>
>Marissa Rodrigues Rivera
>Individually and doing business as
>Communication Moreno Co.
>16823 Frederick Road
>Mount Airy, Maryland 21771

                                                                 */s/* John S. Bolesta
                                                                 John S. Bolesta