IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(SOUTHERN DIVISION)

| | |
|---|---|
| WILMER DERAS, *et al.*, | * |
| | * |
| Plaintiffs, | |
| | * |
| v. | Civil Action No.: 8:09-cv-00791-DKC |
| | * |
| VERIZON, INC., *et al.,* | |
| | * |
| Defendants. | |
| | * |

\* \* \* \* \* \* \* \* \*

**DEFENDANT CABLECOM, LLC'S AMENDED
DISCLOSURE OF CORPORATE INTEREST**

Defendant Cablecom, LLC, by and through its undersigned counsel, pursuant to Local Rule 103.3, files this Amended Disclosure of Corporate Interest, and certifies that it is a Delaware limited liability company with individual members authorized to do business in the State of Maryland.  Cablecom, LLC is a direct, non-publically traded subsidiary of Dycom Investments, Inc., a wholly-owned subsidiary of Dycom Industries, Inc.  In addition to Cablecom, LLC, Dycom has 49 other direct, non-publically traded subsidiaries, none of which have a financial interest in the outcome of the above-captioned litigation.

Respectfully submitted,

 /s/ John S. Bolesta
Peter S. Saucier, #03522
sauce23@kollmanlaw.com
Kelly C. Hoelzer, #25545
khoelzer@kollmanlaw.com
John S. Bolesta, #28115
jbolesta@kollmanlaw.com
Kollman & Saucier, P.A.
The Business Law Building
1823 York Road

           Timonium, Maryland  21093
           (410) 727-4300
           (420) 727-4391 (Facsimile)

           Attorneys for Defendant Cablecom, LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of April, 2009, a copy of Defendant Cablecom, LLC's Amended Disclosure of Corporate Interest was mailed first-class, postage pre-paid to the following Defendants:

> Verizon, Inc.
> 1 East Pratt Street
> Baltimore, Maryland 21202
>
> Utilities Maldonado, Inc.
> 7535 Monte Video Road, Office A
> Jessup, Maryland 20794
>
> Armando Moreno Maldonado
> 16823 Frederick Road
> Mount Airy, Maryland 21771
>
> Marissa Rodrigues Rivera
> Individually and doing business as
> Communication Moreno Co.
> 16823 Frederick Road
> Mount Airy, Maryland 21771

             /s/ John S. Bolesta
           John S. Bolesta