IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WILMER DERAS, *et al.* | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. 8:09-cv-00791-DKC |
| VERIZON MARYLAND INC., *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**<u>JOINT STIPULATION OF EXTENSION OF TIME TO RESPOND TO COMPLAINT</u>**

Pursuant to Rule 4 of the Federal Rules of Civil Procedure, Plaintiffs and Defendant Verizon Maryland Inc., through undersigned counsel, hereby stipulate and agree that Defendant Verizon Maryland Inc. will have to and including February 18, 2010, to respond to Plaintiffs' First Amended Complaint.

STIPULATED AND AGREED TO this 26th day of January, 2010.

| | |
|---|---|
| \_\_\_\_\_/s/ (w/permission by E. Marcuss) | \_\_\_\_\_/s/_____ |
| Stephen B. Mercer (Fed. Bar No. 12855) | Elena D. Marcuss (Fed. Bar No. 25547) |
| Stephen B. Mercer, Esq., P.C. | Adam H. Garner (Fed. Bar No. 27648) |
| 11 N. Washington Street, Suite 520 | McGuireWoods LLP |
| Rockville, Maryland  20850 | 7 Saint Paul Street, Suite 1000 |
| 301-637-5775 | Baltimore, Maryland  21202 |
| | 410-659-4454 |
| Attorney for Plaintiffs | |
| | Attorneys for Defendant |
| | Verizon Maryland Inc. |


SO ORDERED, this the \_\_\_\_ day of _____, 2010.

_____
Deborah K. Chasanow
United States District Judge

\10518051.1